# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 68.108.177.219,<br><br>    Defendant. | Case Number: 2:19-cv-01077-GMN-BNW<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S AMENDED *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT** |

THIS CAUSE came before the Court upon Plaintiff's Amended *Ex-parte* Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant ("Application"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Application is granted. Plaintiff shall have until November 15, 2019 to effectuate service of a summons and Complaint on Defendant.

**IT IS SO ORDERED**

**DATED: October 04, 2019**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

1

[Proposed] Order on Plaintiff's Amended *Ex-Parte* Application for Extension of Time Within Which to Effectuate Service on John Doe Defendant